No. 25-1023

# In the United States Court of Appeals for the First Circuit

5-STAR GENERAL STORE, a/k/a BENTO LLC; MARC ALLEN, INC.; FAST FORWARD MEDIA, INC.; KENNEDY'S IRISH PUB INC.; CARDEN, INC.; FRENCH FLORIST, LLC; LUXE FURNITURE, INC.; LUNA'S HOSPITALITY GROUP, LLC; THE GENT'S PLACE MEN'S FINE GROOMING LLC, on behalf of themselves and others similarly situated; MEZZE LLC,
*Plaintiffs-Appellees,*

v.

AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Rhode Island
Case No. 1:24-cv-00106-MSM (Hon. Mary S. McElroy)

**PLAINTIFFS-APPELLEES' MOTION FOR
WITHDRAWAL OF ERIC F. CITRON AS COUNSEL**

The plaintiffs-appellees respectfully move to withdraw Eric F. Citron as counsel because he is no longer associated with the law firm of Gupta Wessler LLP. The plaintiffs-appellees will continue to be represented by other counsel from Gupta Wessler LLP who have appeared in this case.

Respectfully submitted,

*/s/ Deepak Gupta*
DEEPAK GUPTA
THOMAS SCOTT-RAILTON
GUPTA WESSLER LLP

2001 K Street NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*

March 26, 2025

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because this motion contains 45 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

March 26, 2025 */s/ Deepak Gupta*
Deepak Gupta

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the First Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Deepak Gupta*
Deepak Gupta