# United States Court of Appeals
## For the First Circuit

No. 25-1023

5-STAR GENERAL STORE, a/k/a Bento LLC; MARC ALLEN, INC.; FAST FORWARD MEDIA, INC.; KENNEDY'S IRISH PUB INC.; CARDEN, INC.; FRENCH FLORIST, LLC; LUXE FURNITURE, INC.; LUNA'S HOSPITALITY GROUP, LLC; THE GENT'S PLACE MEN'S FINE GROOMING LLC, on behalf of themselves and others similarly situated; MEZE LLC,

Plaintiffs, Appellees,

v.

AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,

Defendants, Appellants.

**JUDGMENT**

Entered: August 19, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order denying American Express Company and American Express Travel Related Services Company, Inc.'s motion to stay litigation and compel arbitration is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Robert Clark Corrente, Christopher N. Dawson, David Korn, Kevin J. Orsini, Helam Gebremariam, Rebecca Schindel, Anthony R. Leone II, Matthew W.H. Wessler, Peggy Wedgworth, Deepak Gupta, Thomas Scott-Railton, Scott C. Harris, Tracey Kitzman, John Joseph O'Brien, Brendan Colin Benedict, Natalia Friedlander